**In re: Rodger BURROWS.**

No. 2007–1091.

United States Court of Appeals,
Federal Circuit.

Aug. 9, 2007.

Richard M. Saccocio, Richard M. Saccocio, P.A., of Plantation, FL, argued for appellant.

Nathan K. Kelley, Associate Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief was William LaMarca, Associate Solicitor. Of counsel was Stephen Walsh, Acting Solicitor.

Before RADER, SCHALL, Circuit Judges, FARNAN, JR., District Judge.[1]

1. Honorable Joseph J. Farnan, Jr., District    Judge, United States District Court for the

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

District of Delaware, sitting by designation.